UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SHOLEM GRATT,
                Plaintiff,

v.    **ORDER OF DISMISSAL**

EXPERIAN INFORMATION SOLUTIONS,    21 CV 1458 (VB)
INC.,
                Defendant.
--------------------------------------------------------------x

The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than August 16, 2021. To be clear, any application to restore the action must be filed by August 16, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are canceled. Any pending motions are moot.

Dated: June 17, 2021
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge